and argument would not aid the decisional process.

*AFFIRMED.*

**Tyrone Lamar ROBERSON, a/k/a Tyrone L. Roberson, Plaintiff—Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Commissioner Jon E. Ozmint, etc & al. of Lee Correctional Inst.; SCDC Office of General Counsel, Defendants—Appellees.**

**No. 10–6361.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 4, 2010.

Tyrone Lamar Roberson, Appellant Pro Se. Joseph Parker McLean, Clarke, Johnson, Peterson, & McLean, PA, Florence, South Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Lamar Roberson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberson v. South Carolina,* No. 8:09–cv–01333–CMC, 2010 WL 679070 (D.S.C. Feb. 24, 2010). We deny Robinson's motions for appointment of counsel and for a transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Darryle Edward ROBERTSON, a/k/a Tiger, Defendant—Appellant.**

**No. 10–6366.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 4, 2010.

Darryle Edward Robertson, Appellant Pro Se. John Francis Purcell, Jr., Assis-

tant United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryle Edward Robertson seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2010) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *see Miller–El v. Cockrell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. *Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595. We have independently reviewed the record and conclude that Robertson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*